**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7974**

DURAN EUGENE HORSFORD,

Plaintiff – Appellant,

v.

PAMUNKEY REGIONAL JAIL; M. N. WHITE, Major, Deputy
Superintendent, Pamunkey Regional Jail; WEBEL, Captain,
Internal Affairs, Pamunkey Regional Jail; W. J. FOWLER, Lt.
Food Supervisor, Pamunkey Regional Jail,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. John A. Gibney, Jr.,
District Judge. (3:12-cv-00447-JRS)

Submitted: January 17, 2013          Decided: January 23, 2013

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Duran Eugene Horsford, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Duran Eugene Horsford appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Horsford v. Pamunkey Reg'l Jail, No. 3:12-cv-00447-JRS (E.D. Va. Nov. 7, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED